IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IMPACT AUTOMATION, INC., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-23-3464 |
| MATTHEW A. HAAS, ET AL., | * | |
| Defendants. | * | |

\*\*\*

## SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised that the above-captioned action has been settled against all parties, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, under Local Rule 111, it is this 27th day of February, 2025 by the United States District Court for the District of Maryland hereby:

ORDERED that this action is DISMISSED and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within thirty (**30**) days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice. The Court shall retain jurisdiction over this action for any matters related to completing or enforcing settlement.

/s/
_____
George L. Russell, III
Chief United States District Judge